UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAWRENCE J. KOENIG AND NYDIA G. KOENIG | CIVIL ACTION NO. 23-357-BAJ-SDJ |
| VERSUS | JUDGE: BRIAN A. JACKSON |
| BLACK LABEL EXPRESS, INC. VINCENT K. NGUGT, EVERSPAN INDEMNITY INSURANCE COMPANY AND AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to joint motion of the parties, Plaintiffs, **LAWRENCE J. KOENIG AND NYDIA G. KOENIG**, and Defendant, **AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**, hereby represent to the court that they request the entry of an order dismissing the claims of Lawrence J Koenig and Nydia G Koenig against American National Property and Casualty Company, with prejudice, and with each party to pay their own costs of court.

Respectfully submitted,

BY: _____
**DAVID ABBOUD THOMAS (22701)**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: abboud@lawbr.net

BY: _____
**ANDREW W. EVERSBERG (26026)**
450 Laurel Street, Suite 800 (70801)
Post Office Box 2471
Baton Rouge, LA 70821
Phone: (225) 381-0212
Fax: (225) 215-8716
Email: drew.eversberg@taylorporter.com

5802529.v1